UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA GILBERT and ) | CASE NUMBER: |
| CHELSEA AITKENS, by her Guardian ) | |
| LINDA GILBERT, Plaintiffs ) | COMPLAINT |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| NELSON, WATSON & ASSOCIATES, LLC ) | |
| Defendant ) | |
| ) | JUNE 6, 2006 |

## I. INTRODUCTION

1. This is a suit brought by a consumer and her guardian who have been harassed and abused by Defendant collection agency. This action is for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*., and also includes pendant state law claims for violations of Connecticut's Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a *et seq*., as well as intentional infliction of emotional distress.

## II. PARTIES

2. The plaintiff Linda Gilbert, is a natural person residing in Hartford, Connecticut.

3. The plaintiff Chelsea Atkins is a minor residing in Hartford, Connecticut, and she brings this action by her guardian and next friend, Linda Gilbert.

4. The defendant, Nelson, Watson & Associates, LLC ("NWA"), is a Massachusetts limited liability company that is engaged in the practice of debt collection in Connecticut.

## III. JURISDICTION

5. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

6. This Court has jurisdiction over NWA because it engages in debt collection within Connecticut.

7. Venue in this Court is proper, as the Plaintiffs are residents and the acts complained of occurred in this state.

## IV.  FACTUAL ALLEGATIONS

8. In April and May of 2006, NWA made multiple telephone calls to the Plaintiffs at their residence in order to collect a debt that was owed by Linda Gilbert to one or more creditors.

## V.  CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

9. Paragraphs 1-8 are herein incorporated

10. NWA's representative acted in an abusive and deceptive manner and violated 15 U.S.C. §§1692e and 1692f.

11. For NWA's violations of the Fair Debt Collection Practices Act as described above, the Plaintiffs are entitled to recover their actual damages (including emotional distress), statutory damages of $1,000.00 each, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

### SECOND CAUSE OF ACTION
### Intentional Infliction of Emotional Distress

12. Paragraphs 1-10 are herein incorporated

13. NWA knew, or reasonably should have known, that its conduct would likely cause emotional distress to Plaintiffs.

14. NWA's conduct did cause Plaintiffs to suffer emotional distress, embarrassment, shame, stress and anxiety.

15. NWA's actions were willful, wanton and malicious, in that it intended to cause Plaintiffs distress to induce Linda Gilbert to pay the debt, in hopes that she would pay in order to relieve the stress.

### THIRD CAUSE OF ACTION
### Violations of Conn. Gen. Stat. §§ 42-110a et seq.
### (LINDA GILBERT ONLY)

16. Paragraphs 1-15 are herein incorporated.

17. NWA violated Connecticut's Unfair Trade Practices Act ("CUTPA") in its attempts to collect the debt as described above.

18. NWA's acts as aforedescribed were unfair, immoral, unethical, oppressive and unscrupulous and such as to cause substantial injury to consumers, in particular, Gilbert.

19. The Plaintiff Linda Gilbert has sustained an ascertainable loss as a result of NWA's acts.  Specifically, she has had increased medical expenses due to the stress of NWA's abusive conduct.

20. Gilbert also sustained emotional distress as described above as a result of NWA's collection actions.

21. NWA is liable to Gilbert for these losses as well as, in the discretion of the Court, punitive damages pursuant to Conn. Gen. Stat. § 42-110g.

WHEREFORE, the Plaintiffs seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; monetary damages pursuant to Conn. Gen. Stat. § 42-110g; punitive damages pursuant to Conn. Gen. Stat. § 42-110g; costs and attorney's fees pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

PLAINTIFFS,


By: _____
Daniel S. Blinn, ct02128
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457